# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **SONIA RUSSELL,** | ) | **CASE NO. 8:08CV292** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **MEMORANDUM** |
| v. | ) | **AND ORDER** |
| | ) | |
| **AMERICAN AIRLINES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

Plaintiff Sonia Russell, a non-prisoner, filed a Motion for Leave to Proceed In Forma Pauperis. (Filing No. 2.) Upon review of Plaintiff's Motion, the court finds that Plaintiff is financially eligible to proceed in forma pauperis.

IT IS THEREFORE ORDERED that leave to proceed in forma pauperis is provisionally granted, and the Complaint shall be filed without payment of fees.

DATED this 15th day of July, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge