IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **SONIA RUSSELL,** | ) | **CASE NO. 8:08CV292** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **MEMORANDUM** |
| v. | ) | **AND ORDER** |
| | ) | |
| **AMERICAN AIRLINES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on its own motion. On March 23, 2009, Defendant filed a Motion for Summary Judgment. (Filing No. 31.) On June 8, 2009, Plaintiff filed a Response, Index of Evidence, and Affidavit. (Filing Nos. 36, 37, and 38.) The court intends to consider these late-filed documents in resolving the pending Motion for Summary Judgment. Therefore, Defendant shall have until June 22, 2009, to file a reply brief. In the event that Defendant does not file a reply brief by that date, the court will resolve the Motion for Summary Judgment without further notice. In light of this, the date for the Final Pretrial Conference is cancelled, as set forth below.

IT IS THEREFORE ORDERED that:

1. The court will consider Plaintiff's Response, Index of Evidence, and Affidavit (Filing Nos. 36, 37, and 38) in resolving Defendant's Motion for Summary Judgment;

2. Defendant shall have until June 22, 2009, to file a reply brief in support of its Motion for Summary Judgment. In the event that Defendant elects not to file a reply brief, the court will resolve the pending Motion for Summary Judgment without further notice;

3. The final pretrial conference scheduled for June 17, 2009, is cancelled. The final pretrial conference will be rescheduled after the resolution of Defendant's Motion for Summary Judgment, if necessary;

4. The Clerk of the court is directed to set a pro se case management deadline in this case with the following text: June 22, 2009: check for Defendant's reply brief;

5. Plaintiff's Motion for Extension of Time (Filing No. 34) is granted; and

6. The Clerk of the court is directed to send a copy of this Memorandum and Order to Magistrate Judge Piester.

DATED this 10th day of June, 2009.

                                              BY THE COURT:

                                              s/Laurie Smith Camp
                                              United States District Judge